IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 3:16cr061

BRANDON L. JACKSON,

    JUDGE WALTER H. RICE

    Defendant.

---

ENTRY OF CONTINUANCE; NEW TRIAL DATE AND OTHER DATES SET, WITH DEFENDANT VOICING NO OBJECTION; SPEEDY TRIAL FINDING MADE

---

Pursuant to the proceedings had in open Court on Wednesday, April 26, 2017, trial upon the merits of the captioned cause was continued from May 1, 2017, to 9:00 a.m. on Wednesday, May 17, 2017. This continuance is had on the government's oral motion and to-be-filed written motion for continuance, setting forth the unavailability of the government's case agent to participate in such a trial on the aforesaid May 1, 2017.

The Defendant, likewise, appeared in open Court on April 26, 2017, and agreed to the continuance of the May 1st trial date and the acceptance of that of May 17, 2017.

At the conclusion of the in Court proceedings, this Court concluded that, within the factual and legal confines of the captioned cause, the ends of justice outweigh the interest of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7).

May 3, 2017

    WALTER H. RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record