IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:16CR061 |
| | | Judge Walter H. Rice |
| Plaintiff | : | |
| v. | : | |
| BRANDON JACKSON, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE OF PROPERTY**
**AS TO DEFENDANT BRANDON JACKSON**

WHEREAS, on July 18, 2017, this Court entered a Preliminary Order of Forfeiture, (Doc. 61) ordering the forfeiture of the following property, pursuant to 21 U.S.C. § 853, and the following firearms and ammunition pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c):

    a. $5,630.00 in U.S. Currency;
    b. Glock magazine, 10-10mm rounds of ammunition;
    c. 3 - .40 caliber magazines;
    d. Micro Draco AK-47, Serial No. FMD-01544-14 with 32 rounds of ammunition;
    e. Springfield, .40 caliber handgun, Serial No. XD 361547;
    f. 75 rounds of 7.62 x 39mm Tulamino ammunition;
    g. 13 rounds of .45 caliber Horandy ammunition;
    h. Empty 60 round drum magazine for a .45 auto;
    i. 7.62 x 59mm magazine with 19 rounds of ammunition;
    j. Glock .45 caliber magazine, no Serial No. with 10 rounds of ammunition;
    k. Glock .45 Handgun, Serial No. YVT430 with 13 rounds of ammunition;
    l. Glock .45 caliber magazine with 13 rounds of ammunition;
    m. Loaded Glock .45 caliber magazine; and
    n. Glock .45 caliber, Serial No. VSB234.

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties

of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on July 21, 2017 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc.70); and

WHEREAS, the United States did not send direct written notice of the Preliminary Order of Forfeiture because there was no person who reasonably appeared to be a potential claimant with standing to contest the forfeiture of the property in an ancillary proceeding; and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 18 U.S.C. § 853, and the firearms and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on July 18, 2017 (Doc. 61), ordering the forfeiture, of the following property pursuant to 21 U.S.C. § 853, and the following firearms and ammunition pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), of the following property:

    a.    $5,630.00 in U.S. Currency;
    b.    Glock magazine, 10-10mm rounds of ammunition;
    c.    3 - .40 caliber magazines;
    d.    Micro Draco AK-47, Serial No. FMD-01544-14 with 32 rounds of ammunition;
    e.    Springfield, .40 caliber handgun, Serial No. XD 361547;
    f.    75 rounds of 7.62 x 39mm Tulamino ammunition;
    g.    13 rounds of .45 caliber Horandy ammunition;
    h.    Empty 60 round drum magazine for a .45 auto;
    i.    7.62 x 59mm magazine with 19 rounds of ammunition;
    j.    Glock .45 caliber magazine, no Serial No. with 10 rounds of ammunition;
    k.    Glock .45 Handgun, Serial No. YVT430 with 13 rounds of ammunition;

l. Glock .45 caliber magazine with 13 rounds of ammunition;
m. Loaded Glock .45 caliber magazine; and
n. Glock .45 caliber, Serial No. VSB234.

is final;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: 4-4-18

_____
WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE